STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635

CAROLYN B. CHEN, C.S.B.N. 256628
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (415) 977-8956
Facsimile: (415) 744-0134
Carolyn.Chen@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDITH WILLIAMS, | ) |
| Plaintiff, | ) Case No. 3:18-cv-00175-LRH-WGC |
| v. | ) **STIPULATION AND ORDER** |
| NANCY A. BERRYHILL, | ) **FOR EXTENSION OF TIME FOR** |
| Acting Commissioner of Social Security, | ) **DEFENDANT TO FILE OPPOSITION TO** |
| Defendant. | ) **PLAINTIFF'S MOTION TO REMAND** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 14 days to file her opposition to Plaintiff's motion to remand, to be continued from September 14, 2018, to September 28, 2018.

This is the first continuance in this case sought by Defendant. There is good cause for this request. Defendant is seeking this extension due to Defendant's counsel's crowded briefing schedule with multiple deadlines on or around September 14, 2018, including cases that had been previously extended. In addition, new matters that were not previously anticipated, had arisen and have created some crowding of the briefing schedule around the due date of this case. Because of the factors

-1-

described above, Defendant is requesting additional time up to and including September 28, 2018, to fully review the administrative record and research the issues presented by Plaintiff's motion to remand. This request is made in good faith with no intention to unduly delay the proceedings.

Therefore, with this Court's approval, the Court's scheduling order shall be extended by 14 days, so that Defendant may file her opposition to Plaintiff's motion to remand on or before September 28, 2018.

Respectfully submitted,

Dated: September 14, 2018　　　　　　　　LAW OFFICES OF LAWRENCE D. ROHLFING

　　　　　　　　　　　　　　　　　　　　*/s/ Cyrus Safa*
　　　　　　　　　　　　　　　　　　　　(as authorized via e-mail on 9/14/2018)
　　　　　　　　　　　　　　　　　　　　CYRUS SAFA
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Dated: September 14, 2018　　　　　　　　STEVEN W. MYHRE
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　　　　*/s/ Carolyn B. Chen*
　　　　　　　　　　　　　　　　　　　　CAROLYN B. CHEN
　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney

ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED:　September 17, 2018.　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　　HON. WILLIAM G. COBB
　　　　　　　　　　　　　　　　　　　　UNITED STATE MAGISTRATE JUDGE

-2-