STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635

CAROLYN B. CHEN, C.S.B.N. 256628
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (415) 977-8956
Facsimile: (415) 744-0134
Carolyn.Chen@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDITH WILLIAMS, | Case No. 3:18-cv-00175-LRH-WGC |
| Plaintiff, | |
| v. | **STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 7 days to file her opposition to Plaintiff's motion to remand, to be continued from September 28, 2018, to October 5, 2018.

This is the second continuance in this case sought by Defendant. There is good cause for this request. Defendant is seeking this extension due to Defendant's counsel's crowded briefing schedule with multiple deadlines on or around September 28, 2018, including new matters that were not previously anticipated and could not be assigned to another attorney and have created some crowding of the briefing schedule around the due date of this case. Because of the factors described above,

-1-

Defendant is requesting additional time up to and including October 5, 2018, to fully review the administrative record and research the issues presented by Plaintiff's motion to remand. This request is made in good faith with no intention to unduly delay the proceedings.

Therefore, with this Court's approval, the Court's scheduling order shall be extended by 7 days, so that Defendant may file her opposition to Plaintiff's motion to remand on or before October 5, 2018.

Respectfully submitted,

Dated: September 27, 2018        LAW OFFICES OF LAWRENCE D. ROHLFING

*/s/ Cyrus Safa*
 (as authorized via e-mail on 9/27/2018)
 CYRUS SAFA
 Attorneys for Plaintiff

Dated: September 27, 2018        STEVEN W. MYHRE
                                 Acting United States Attorney

*/s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant United States Attorney

ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: September 28, 2018        William G. Cobb
                                 HON. WILLIAM G. COBB
                                 UNITED STATE MAGISTRATE JUDGE

-2-