UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EDITH M. WILLIAMS,<br>Plaintiff,<br>v.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security Administration,<br>Defendant. | Case No. 3:18-cv-00175-LRH-(WGC)<br><br>ORDER |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (ECF No. 21) entered on February 1, 2019, recommending granting plaintiff's Motion for Reversal and/or Remand (ECF No. 13) entered on August 15, 2018, and denying defendant's Cross-Motion to Affirm and Opposition to Plaintiff's Motion for Reversal (ECF No. 20) entered on October 9, 2018. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 21) entered on February 1, 2019, should be adopted and accepted.

1    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and
2 Recommendation (ECF No. 21) entered on February 1, 2019, is ADOPTED and
3 ACCEPTED, and plaintiff's Motion for Reversal and/or Remand (ECF No. 13) is
4 GRANTED.
5    IT IS FURTHER ORDERED defendant's Cross-Motion to Affirm and Opposition to
6 Plaintiff's Motion for Reversal (ECF No. 20) is DENIED.
7    IT IS FURTHER ORDERED that the Commissioner's decision is REVERSED and
8 this matter is REMANDED to the Administrative Law Judge for the calculation and award
9 of benefits.
10    IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment in this
11 matter.
12    IT IS SO ORDERED.
13    DATED this 25th day of February, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE