# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDITH M WILLIAMS,<br><br>　　　Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　Defendant | Case No.: 3:18-cv-00175-LRH-WGC<br><br>~~PROPOSED~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,800.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: 4/18/19

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　THE HONORABLE LARRY R. HICKS
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE