UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EDITH M. WILLIAMS,<br><br>                    Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>                    Defendant. | Case No. 3:18-cv-00175-LRH-WGC<br><br>ORDER |

     Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (ECF No. 32) entered on December 21, 2020, recommending granting plaintiff's Motion for Attorney's Fees (ECF No. 28) entered on June 23, 2020, and awarding plaintiff's counsel $16,252 in fees with an order that plaintiff's counsel refund to plaintiff the $3800 for the fees awarded under the Equal Access to Justice Act (EAJA). No objection to the Report and Recommendation has been filed.

     The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

     The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 32) entered on December 21, 2020, should be adopted and accepted.

///

1    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (ECF No. 32) entered on December 21, 2020, is adopted and accepted, and plaintiff's Motion for Attorney's Fees (ECF No. 28) is GRANTED.

IT IS FURTHER ORDERED that plaintiff's counsel is hereby awarded sixteen thousand two hundred and fifty-two dollars ($16,252.00) in fees.

IT IS FURTHER ORDERED that plaintiff's counsel shall refund to plaintiff the three thousand eight hundred dollars ($3,800.00) for the fees awarded under the EAJA.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment in this matter.

IT IS SO ORDERED.

DATED this 15th day of January, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE